744 A.2d 648

IN THE MATTER OF BARBARA K. LEWINSON,
AN ATTORNEY AT LAW.

February 8, 2000.

ORDER

This matter having been duly presented to the Court, it is ORDERED that **BARBARA K. LEWINSON** of **EAST BRUNS-WICK,** who was admitted to the bar of this State in 1981, and who was suspended from the practice of law for a period of six months effective April 19, 1999, by Order of this Court dated March 23, 1999, and for an additional period of three months effective

October 19, 1999, by Order of this Court dated October 6, 1999, be restored to the practice of law, effective immediately; and it is further

ORDERED that **BARBARA K. LEWINSON** practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years, and until further Order of the Court.